[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-10437
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 26, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00041-CR-RLV-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL DOMINGO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(February 26, 2008)**

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Michael R. Duponte, retained counsel for Miguel Domingo in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Domingo's convictions and sentences are **AFFIRMED**.